**Opinion issued March 8, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00687-CV

————————————

## IN RE CHANDLER, Relator

———————————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————————

### MEMORANDUM OPINION

Relator Chandler[1] filed a petition for writ of mandamus complaining of the granting by Respondent, The Honorable Fredericka Phillips, of Real Party in Interest Certain Underwriters at Lloyd's, London Subscribing to Certificate No. B1230GP04015A19's Motion to Dismiss Chandler's claims against it pursuant to a

---

[1] According to his petition, Relator was born Richard Chandler but legally changed his name to Chandler.

forum selection clause.[2]  Chandler contends enforcement of the forum selection clause is "unjust, unreasonable, or . . . the contractual forum would be seriously inconvenient for trial."

We deny the petition for writ of mandamus.  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

---

[2]  The underlying case is *Chandler v. Jim Braniff III, Aaron D. Isgur, USI Insurance Services, Inc., Certain Underwriters at Lloyd's, London on Certificate No. B1230GP04015A19, THB International, Inc., and Hiscox, Inc.*, Cause No. 2020-55018, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.